In The
 Court of Appeals
 Seventh District of Texas at Amarillo

 ________________________

 No. 07-12-0463-CR
 ________________________
 
 SAUL GALVAN, APPELLANT

 V.

 THE STATE OF TEXAS, APPELLEE
 

 
 On Appeal from County Court at Law No. 4
Travis County, Texas
 Trial Court No. 12-400-293, Honorable Mike Denton, Presiding 

 
 March 8, 2013
 
 MEMORANDUM OPINION
 
 Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.
 
 Pursuant to a plea agreement, Appellant, Saul Galvan, was convicted of assault family violence and sentenced to ten days in the Travis County Jail. Appellant filed a pro se notice of appeal challenging his conviction. The Trial Court's Certification of Defendant's Right of Appeal reflects that Appellant's case is a plea-bargain case from which he has no right of appeal. By letter dated January 31, 2013, this Court notified Appellant of the consequences of his certification and invited him to either file an amended certification showing a right of appeal or demonstrate other grounds for continuing the appeal on or before February 20, 2013. Appellant was also notified that failure to do so might result in dismissal of the appeal pursuant to Rule 25.2(d) of the Texas Rules of Appellate Procedure. Appellant did not respond.
 Because neither an amended certification reflecting a right of appeal was filed nor good cause for continuing the appeal provided, this appeal is dismissed based on the certification signed by the trial court. See Tex. R. App. P. 25.2(d).
 Patrick A. Pirtle
 Justice
Do not publish.